ROY E. CARROLL *v.* REV. ROBERT MCGRATH, CHAIRMAN, STATE PERSONNEL APPEAL BOARD

The plaintiff's "Petition for Writ of Certiorari to the Connecticut State Personnel Appeals Board" is denied by the court.

*Roy E. Carroll,* pro se, in support of the petition.

*Christina G. Dunnell,* assistant attorney general, in opposition.

Decided September 19, 1979

BARBARA W. DEUTSCH *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF WOODBRIDGE

The defendant's petition for certification for appeal from the Superior Court of the judicial district of New Haven at New Haven is granted by the court.

*Frederick S. Moss,* town attorney, in support of the petition.

*Christine S. Vertefeuille,* in opposition.

Decided October 2, 1979

WESLEYAN UNIVERSITY *v.* TOWN OF NEW FAIRFIELD

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Fairfield is denied by the court.

*W. Fielding Secor,* in support of the petition.

*Joseph G. Lynch,* in opposition.

Decided October 4, 1979